Filed: August 30, 1999

UNITED STATES COURT OF APPEALS

FOR THE FOURTH CIRCUIT

No. 99-6310
(CR-91-291, CA-98-3552-1-6)

United States of America,

Plaintiff - Appellee,

versus

Charles Jerome Adams,

Defendant - Appellant.

O R D E R

The court amends its opinion filed June 24, 1999, as follows:

On the cover sheet, section 3, line 3 -- the district court numbers are corrected to read "(CR-91-291, CA-98-3552-1-6)."

For the Court - By Direction

/s/ Patricia S. Connor
Clerk

**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────────

**No. 99-6310**

─────────────

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

CHARLES JEROME ADAMS,

Defendant - Appellant.

─────────────

Appeal from the United States District Court for the District of South Carolina, at Aiken. Charles E. Simons, Jr., Senior District Judge. (CR-91-291, CA-98-3552-1-6)

─────────────

Submitted: June 17, 1999          Decided: June 24, 1999

─────────────

Before MURNAGHAN and TRAXLER, Circuit Judges, and BUTZNER, Senior Circuit Judge.

─────────────

Dismissed by unpublished per curiam opinion.

─────────────

Charles Jerome Adams, Appellant Pro Se. Jane Barrett Taylor, OFFICE OF THE UNITED STATES ATTORNEY, Columbia, South Carolina, for Appellee.

─────────────

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Charles Jerome Adams seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A.§ 2255 (West Supp. 1999).  We have reviewed the record and the district court's opinion and find no reversible error.  Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court.  See United States v. Adams, No. CR-91-291 (D.S.C. Feb. 23, 1999).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED